AO240 (Rev. 1/94)

# UNITED STATES DISTRICT COURT
## DISTRICT OF __Columbia__ (for the)

**FILED AUG 2 6 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Selvis Jefferson

    Plaintiff

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

V.

FEDERAL BUREAU OF PRISONS,
U.S. PROBATION OFFICE,
et al.
    Defendants.

CASE NUMBER: **08 1473**

I, ___Richard S. Jefferson___, declare that I am the (check appropriate box)

[X] Petitioner/plaintiff/movant      [ ] Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes  [ ] No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration ___Federal Correction Institution-Beckley, P.O. Box 350, Beaver, WV 25813___

    Are you employed at the institution? ___yes___  Do you receive any payment from the Institution? ___yes___

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at lest the past six months' transactions.

2. Are you presently employed?  [X] Yes  [ ] No

    a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer.
        $ 10.00 per month; Vocational Training; Mr. Clements; FCI Beckley

    b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other of self-employment | [ ] Yes | [X] No |
    | b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
    | c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
    | d. | Disability or workers compensation payments | [ ] Yes | [X] No |
    | e. | Gifts or inheritances | [X] Yes | [ ] No |
    | f. | Any other sources | [ ] Yes | [X] No |

**FILED AUG 1 4 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  Received $1000.00 in past twelve months in $ 50.00 intervals.

2

AO 240 (1/94)

4. Do you have any cash or checking or savings account?   ☐ Yes   ☒ No

   If "Yes" state the total amount  N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.

8/6/2008
DATE

SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ .97 (¢) on account to his/her credit at (name of institution) FEDERAL CORRECTIONAL INSTITUTION - BECKLEY

I further certify that the applicant has the following securities to his/her credit _____

_____. I further certify that the past six months the applicant's average balance was 6 mo. daily balance $2.99

08-07-08
DATE

SIGNATURE OF AUTHORIZED OFFICER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Richard Selvis Jefferson, )
)
        Plaintiff, )
)
V. )   CASE NO. _____
)
FEDERAL BUREAU OF PRISONS, )
U.S. PROBATION OFFICE, et al., )
)
        Defendants. )

### DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS, 28 U.S.C. SECTION 1915

Richard Jefferson states:

1. I am the plaintiff in the above entitled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. Sec. 1915.

2. I am incarcerated in the Federal Correctional Institution - Beckley, West Virginia.

3. As an inmate, my pay grade is averaging at $ 10.00 per month.

4. The balance in my prison account as of August 1, 2008, was/is $ 0.97.

5. I have received $ 100.00 in gifts from my mother over the past twelve months, in $ 50.00 intervals.

6. I have no other source of income and do not own any cash, bank account, real estate, stocks, bonds, noted, automobiles or other valuable property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Richard S. Jefferson
Reg.No. 14921-050
P.O. BOX 350
FCI BECKLEY
Beaver, WV 25813

2